# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **TISHA SHAW, on Behalf of Herself and on Behalf of All Others Similarly Situated,**<br><br>　　**Plaintiff,**<br><br>V.<br><br>**A&C PRIVATE HOME CARE, LLC,**<br><br>　　**Defendant.** | **CIVIL ACTION NO.**<br>**1:22-cv-00422-JPB** |

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR APPROVAL OF FLSA SETTLEMENT

COMES NOW Plaintiff Tisha Shaw and hereby moves the Court for an extension of time through and including May 13, 2022, to file the motion for approval of the FLSA settlement in this case. Defendant's counsel has been consulted and consents to the extension requested in this motion.

In support of this motion, Plaintiff states that Plaintiff and her counsel require additional time to confer with regard to the settlement agreement in this case. The requested extension is needed to allow the Plaintiff adequate time to fully understand the settlement agreement, is sought in good faith and not for purposes of delay.

WHEREFORE, Plaintiff prays that the Court grant this consent motion and

permit Plaintiff an extension of time through and including May 13, 2022, to file the motion for approval of the FLSA settlement in this case. Plaintiff prays for such other and further relief to which she has shown herself justly entitled.

Respectfully submitted,

|  |  |
|---|---|
| 101 MARIETTA STREET<br>SUITE 2650<br>ATLANTA, GEORGIA 30303<br>(404) 979-3150<br>(404) 979-3170 (F)<br>charlesbridgers@dcbflegal.com<br>kevin.fitzpatrick@dcbflegal.com | **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**<br><br>*/S/CHARLES R. BRIDGERS*<br>CHARLES R. BRIDGERS<br>GA. BAR NO. 080791 |
|  | Ricardo J. Prieto (PHV)<br>Texas Bar No. 24062947<br>rprieto@eeoc.net<br>Melinda Arbuckle (PHV)<br>Texas Bar No. 24080773<br>marbuckle@eeoc.net<br>SHELLIST LAZARZ SLOBIN LLP<br>11 Greenway Plaza, Suite 1515<br>Houston, TX 77046<br>(713) 621-2277 – Telephone<br>(713) 621-0993 – Facsimile<br><br>ATTORNEYS FOR PLAINTIFF |

## **CERTIFICATE OF SERVICE**

On April 28, 2022, I filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Georgia using the CM/ECF method. I certify that all counsel of record were served electronically thereby.

*/s/*C*HARLES* R. B*RIDGERS*
C*HARLES* R. B*RIDGERS*
G*EORGIA* B*AR* N*O.* 080791