UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TISHA SHAW, on behalf of herself and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>A&C PRIVATE HOME CARE, LLC,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:22-CV-00422-JPB |

### ORDER

This matter is before the Court on the parties' Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice [Doc. 12]. After review of the motion, the record and the parties' settlement agreement, this Court finds that the agreement is fair, reasonable and just. Accordingly, the parties' motion is **GRANTED**.

  **IT IS HEREBY ORDERED** that the parties' settlement is approved, and Plaintiff's claims are **DISMISSED** with prejudice, with each party to bear their own attorneys' fees and costs except as otherwise stipulated between the parties

pursuant to their agreement.  The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

**SO ORDERED** this 17th day of May, 2022.

_____
J. P. BOULEE
United States District Judge